# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| STEPHANIE LOUISE MATTHEWS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00331-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 8, 2017 Order.

December 8, 2017

_____
Frank G. Johns, Clerk
United States District Court