IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16CV331

| | |
|---|---|
| STEPHANIE LOUISE MATTHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NANCY A. BERRYHILL, ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on Plaintiff's Consent Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), 27 U.S.C. § 2412 (# 21). The Court has reviewed the Attorney's Affirmation in Support of Motion for EAJA fees, time and cost records, and Plaintiff's Waiver of Direct Payment (# 22). These documents appear to be in order, and the Court is not aware of any special circumstances that would make an EAJA award in this case unjust. Therefore, the Court ORDERS the following:

(1) Plaintiff is entitled to an EAJA counsel fee in the amount of $4,900.00; and

(2) If Plaintiff has no debt registered with the Department of Treasury that is subject to offset, the fees are payable to her attorney, Russell Bowling.

Signed: February 28, 2018

_____
Dennis L. Howell
United States Magistrate Judge